**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 12, 2026.**



_____
**CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: § | CASE NO. 25-52696-cag |
| DANIEL RAMOS CARDENAS, § | |
| CLAUDIA VIRGINIA CARDENAS § | CHAPTER 7 |
| FKA CLAUDIA VIRGINIA § | |
| PINEDO § | |
|     DEBTOR(S) § | |
| § | |
| WELLS FARGO BANK, N.A., ITS § | |
| ASSIGNEES AND/OR § | |
| SUCCESSORS § | |
|     MOVANT § | |
| § | |
| VS. § | |
| § | |
| DANIEL RAMOS CARDENAS, § | |
| CLAUDIA VIRGINIA CARDENAS § | |
| FKA CLAUDIA VIRGINIA § | |
| PINEDO § | |
|     DEBTOR(S) § | |
| AND JOHN PATRICK LOWE, § | |
| TRUSTEE § | |
|     RESPONDENTS § | |

**AGREED ORDER MODIFYING AUTOMATIC STAY**

CAME ON for consideration the *Motion for Relief from Stay of Act Against Property* filed by Movant WELLS FARGO BANK, N.A., ITS ASSIGNEES AND/OR

SUCCESSORS on November 25, 2025 (Docket Number 16) (the "Motion"), the response filed by Trustee John Patrick Lowe ("Trustee") on 12/5/2025 (Docket Number 20) and the Amended Schedule C filed by the Debtor(s) on 12/16/2025 (Docket Number 23) claiming the subject property described hereinbelow as exempt. The Court finds that proper notice to all interested parties has been provided under law, including Local Bankruptcy Rules 4001, 9013 and 9014. As agreed by the Movant, Debtor(s) and Trustee, the Court enters the following Order:

The Debtor(s) and Movant stipulate that on 11/7/2013, Daniel R. Cardenas executed a certain promissory note ("Note"), in the original principal amount of $268,742.00, payable to the order of AmCap Mortgage Ltd. dba Gold Financial Services. The Debtor(s) and Movant stipulate Movant is an entity entitled to enforce the Note, Movant has possession of or otherwise holds the Note that either names the Movant as the payee or is indorsed to the Movant or indorsed in blank, or payable to bearer. The Debtor(s) and Movant also stipulate that concurrently with the execution of the Note, Daniel R. Cardenas and Claudia V. Cardenas executed a certain deed of trust securing repayment of the Note encumbering the real property located at 14811 Tamaron Pass, San Antonio, TX 78253 (the "Property"), and more fully described as follows:

> LOT 1, BLOCK 1, TAMARON SUDVISION UNIT 1, A SUBDIVISION IN BEXAR COUNTY, TEXAS, ACCORDING TO PLAT RECORDED IN VOLUME 9533, PAGE 126, DEED AND PLAT RECORDS OF BEXAR COUNTY, TEXAS.

IT IS HEREBY ORDERED the Debtor(s) shall place the Property on an active MLS listing *before or no later than Monday January 5, 2026*.

IT IS HEREBY FURTHER ORDERED that if the Property is timely placed on active MLS for sale as described above, the automatic stay under 11 U.S.C. § 362(a) as to

Movant will terminate *on February 17, 2026* to give the Debtor(s) time to close sale with payment of the said mortgage loan to Movant in full from the sale proceeds. The Debtor(s) are responsible for obtaining this Court's approval of any real estate agent or broker to proceed with such sale and approval of any sale of the Property. No further notice will be given by Movant if the automatic stay terminates as to the Movant *on February 17, 2026.*

IT IS HEREBY FURTHER ORDERED that the said mortgage loan with Movant will continue to accrue contractual interest, fees and other expenses until the mortgage loan is paid in full.

IT IS HEREBY FURTHER ORDERED that if the automatic stay terminates then with respect to Movant it will terminate without further notice and no further action by this Court is needed to permit Movant to take any and all steps necessary to obtain possession of and exercise any and all statutory and contractual rights it may have in the Property including but not limited to foreclosure and eviction.

IT IS THEREFORE FURTHER ORDERED that in the event the Debtor(s)' bankruptcy case is dismissed or converted to another chapter under the Bankruptcy Code, this Order shall be deemed null and void and neither party shall be bound by its terms.

IT IS THEREFORE FURTHER ORDERED that, upon termination of the automatic stay for any reason whatsoever, the requirements of Bankruptcy Rule 4001(a)(4) shall be waived.

///

///

///

Otherwise, the automatic stay of 11 U.S.C. §362 shall remain in effect.

# # #

APPROVED AS TO FORM AND SUBSTANCE:

| McCarthy & Holthus, LLP | J. Patrick Lowe, P.C. |
|---|---|
| /s/ Yoshie Valadez<br>Cole Patton SBN 24037247<br>Yoshie Valadez SBN 24091142<br>Nancy Lee SBN 272035 (CA)<br>MHTbankruptcy@mccarthyholthus.com<br>1255 West 15th Street Suite 1060<br>Plano, TX 75075<br>Phone: (214) 291-3800<br>Fax: (214) 291-3801<br>Atty File No.: TX-25-187535<br>ATTORNEYS FOR MOVANT | John Patrick Lowe<br>pat.lowe.law@gmail.com<br>2402 East Main Street<br>Uvalde, TX 78801<br>Phone: (830) 407-5115<br>CHAPTER 7 TRUSTEE |
| *(signature)*<br>Daniel Ramos Cardenas<br>14811 Tamaron Pass<br>San Antonio, TX 78253<br>t: 210-413-2889<br>opendoorcr@yahoo.com<br>PRO SE DEBTOR | *(signature)* Claudia Cardenas<br>Claudia Virginia Cardenas<br>14811 Tamaron Pass<br>San Antonio, TX 78253<br>t: 210-413-2889<br>opendoorcr@yahoo.com<br>PRO SE DEBTOR |

Otherwise, the automatic stay of 11 U.S.C. §362 shall remain in effect.

### # # #

APPROVED AS TO FORM AND SUBSTANCE:

| MCCARTHY & HOLTHUS, LLP<br><br>  /s/ Yoshie Valadez<br>Cole Patton SBN 24037247<br>Yoshie Valadez SBN 24091142<br>Nancy Lee SBN 272035 (CA)<br>MHTbankruptcy@mccarthyholthus.com<br>1255 West 15th Street Suite 1060<br>Plano, TX 75075<br>Phone: (214) 291-3800<br>Fax: (214) 291-3801<br>Atty File No.: TX-25-187535<br>**ATTORNEYS FOR MOVANT** | J. PATRICK LOWE, P.C.<br><br>_____<br>John Patrick Lowe<br>pat.lowe.law@gmail.com<br>2402 East Main Street<br>Uvalde, TX 78801<br>Phone: (830) 407-5115<br>**CHAPTER 7 TRUSTEE** |
|---|---|
| _____<br>Daniel Ramos Cardenas<br>14811 Tamaron Pass<br>San Antonio, TX 78253<br>t: 210-413-2889<br>opendoorcr@yahoo.com<br>**PRO SE DEBTOR** | _____<br>Claudia Virginia Cardenas<br>14811 Tamaron Pass<br>San Antonio, TX 78253<br>t: 210-413-2889<br>opendoorcr@yahoo.com<br>**PRO SE DEBTOR** |