# UNITED STATES BANKRUPTCY COURT
# Western District of Texas
# San Antonio Division

Bankruptcy Case No.: 25–52696–cag
Chapter No.: 7
Judge: Craig A Gargotta

IN RE: **Daniel Ramos Cardenas and Claudia Virginia Cardenas** , Debtor(s)

## NOTICE OF REQUIREMENT TO FILE DEBTOR EDUCATION CERTIFICATE

Notice is hereby given that to be eligible to receive a discharge under Chapter 7 11 U.S.C. Section 727, the debtor must complete an instructional course concerning personal financial management as described in 11 U.S.C. Section 111. A review of the file in this case has determined that the debtor has not filed a Certification of Completion of Instructional Course Concerning Personal Financial Management.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that filing a Debtor Education Certificate proving compliance with the required instructional course must be completed within 60 days after the first date set for the 341 meeting of creditors. Failure to file the certificate by the time the case is eligible for a discharge will result in the case being closed without an entry of discharge. If the debtor(s) subsequently files a Motion to Reopen the Case to allow for the filing of the Debtor Education Certificate, the debtor(s) must pay the full filing fee due for filing the motion.

Dated: 1/31/26

Robert J. Lawson
Clerk, U. S. Bankruptcy Court

[Notice of Requirement to File Debtor Education Certificate (BK)] [NtcfildbedcrtBKap]